FILED
JAN 08 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 8006

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | Magistrate Case No.: |
| v. | COMPLAINT FOR VIOLATION OF |
| Alberto Jose DEL MURO-Guerrero, Defendant. | 21 U.S.C. § 952 and 960 Importation of a Controlled Substance (Felony) |

The undersigned complainant being duly sworn states:

That on or about January 7, 2008, within the Southern District of California, defendant Alberto Jose DEL MURO-Guerrero, did knowingly and intentionally import approximately 108.08 kilograms (237.78 pounds) of Marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Hugo A. Leon
Hugo A. Leon, Special Agent
Immigration and Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, January 8, 2008.

Peter C. Lewis
U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Alberto Jose DEL MURO-Guerrero

STATEMENT OF FACTS

This complaint is based on the personal observations, investigation, and information furnished to U. S. Immigration and Customs Enforcement Special Agent Hugo A. Leon.

On January 7, 2008, at approximately 0613 hours, Customs and Border Protection (CBP) Officer Bosquet was assigned to Vehicle Primary Lane two (2) of the Calexico, California East Port of Entry when a 1982 white Chevrolet utility truck bearing Sonora, Mexico license plate ZWC7483, approached for entry into the United States. Alberto Jose DEL MURO Guerrero was the driver, registered owner, and sole occupant of the truck.

CBP Officer Bosquet encountered DEL MURO and received a negative Customs declaration from DEL MURO. DEL MURO stated that he was a United States citizen and presented a copy of a California birth certificate bearing the same name as his entry document. CBP Officer Bosquet referred the truck and DEL MURO to the Vehicle Secondary Lot for further examination.

In the Vehicle Secondary Lot, CBP Officer Baca examined the utility truck and discovered a non-factory compartment in the flatbed area of the truck. CBP Officer Baca requested for Canine Enforcement Officer (CEO) Pyburn to utilize his Narcotic-Human Detector Dog (NHDD). The NHDD alerted to the flatbed area of the truck by sitting.

CBP Officer Baca discovered cellophane wrapped packages concealed inside a non-factory compartment in the flatbed area of the truck. CBP Officer Baca probed one of the packages producing a green, leafy, organic substance, which field-tested positive for marijuana. A total of twelve (12) packages were removed from the truck. The total weight of the packages was approximately 108.08 kilograms (237.78 pounds) of marijuana.

DEL MURO was advised of his rights per Miranda. DEL MURO stated that he understood his rights and was willing to make a statement without an attorney present. DEL

MURO stated to Special Agent Leon, he loaned the vehicle to a friend eight days ago. DEL MURO could not remember the friend's name.

DEL MURO stated to Special Agent Leon that if Special Agent Leon returned DEL MURO's $849.00, which was seized, DEL MURO would provide names and addresses. While DEL MURO was being processed at the Imperial County Jail, DEL MURO stated to Special Agents Leon and Morquecho that everything he had previously stated to the agents was a lie. DEL MURO stated he had loaned the vehicle on January 6, 2007.